UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ALBERT M. MARK,

                Plaintiff,

    v.

HOPE BAUER, *et al.*,

                Defendants.
_____)

No. C08-0001RSL

ORDER STRIKING MOTION

        This matter comes before the Court on plaintiff's "Motion for Reconsideration of Order Denying Plaintiff's Second Motions for Default and Default Judgment." Dkt. # 28. This is plaintiff's fifth request for entry of default and default judgment against defendants. After considering various equitable factors, the Court has repeatedly declined to grant plaintiff's requests, and, on February 11, 2008, specifically stated that "[n]o default or default judgment will be entered in this case . . . ."

        Because the default and default judgment issue has been finally resolved by the Court and there is no indication that plaintiff has any new evidence or arguments that could justify reconsideration, plaintiff's "Motion for Reconsideration of Order Denying Plaintiff's Second Motions for Default and Default Judgment" is hereby STRICKEN. Defendants need not respond to this motion. Neither the Clerk of Court nor the Court itself will take any further action on or consider the contents of these motions. Any future attempts by plaintiff to seek

ORDER STRIKING MOTION

default or default judgment in the district court[1] may result in the imposition of sanctions against him.

Dated this 15th day of February, 2008.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

---

[1] If, at the conclusion of this case, an appeal is filed the Ninth Circuit, plaintiff would be free to challenge this Court's default rulings on appeal.

ORDER STRIKING MOTION                                         -2-